Arrest on Out-of-District Offense

FILED

# UNITED STATES DISTRICT COURT

2007 NOV 13  AM 11: 18

## SOUTHERN DISTRICT OF CALIFORNIA

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

### ARREST ON OUT-OF-DISTRICT OFFENSE

'07 MJ 2649

Magistrate Case Number: _____

The person charged as  Rafael Alex ███████ F l e t e s  now appears before this United States

District Court for an initial appearance as a result of the following charges having been filed in the United States

District Court for the ___Central_____ District of California_____

with  Conspiracy to Distribute Methamphetamine and Distribution of Methamphetamine _____, in

violation of  21 U.S.C. Sections 846 and 841(a)(1)(b)(1)(B)(viii) _____

_____

_____

The charging documents and the warrant of the arrest of the defendant which was issued by the above

United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information and belief.

DATED: 11/13/07 _____.

_____

(Name)
~~Deputy United States Marshal~~  FBI

Reviewed and Approved:

Dated: _____November 13 2007_____

_____
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR **07-01175** |
| v. | | |
| **RAFAEL ALEX FLETES** aka Gizmo | | **WARRANT FOR ARREST** **UNDER SEAL** |
| | Defendant(s) | |

TO:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **RAFAEL ALEX FLETES, aka Gizmo**

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐Complaint ■Indictment
☐Information    ☐Order of Court    ☐Probation Violation Petition    ☐Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Conspiracy to Distribute Methamphetamine;**
**Distribution of Methamphetamine**

in violation of Title **21:** United States Code, Section(s) **846, 841(a)(1), (b)(1)(B)(viii):**

| | |
|---|---|
| Sherri R. Carter<br>NAME OF ISSUING OFFICER | October 19, 2007        LOS ANGELES, CALIFORNIA<br>DATE AND LOCATION OF ISSUANCE |
| Clerk of Court<br>TITLE OF ISSUING OFFICER | |
| **JANET AGHBOLAGHI**<br>SIGNATURE OF DEPUTY CLERK | BY:    CARLA WOEHRLE<br>NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT<br>CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

## WARRANT FOR ARREST

*AGENT*

FILED

2007 OCT 19 PM 3: 06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAFAEL ALEX FLETES,<br>     aka "Gizmo,"<br>JAMES ANTHONY VILLALOBOS,<br>     aka "Husky," and<br>HECTOR MANUEL SANCHEZ,<br>     aka "Stranger,"<br><br>                    Defendants. | No. CR 07- **07-U1175**<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy<br>to Distribute Methamphetamine;<br>21 U.S.C. §§ 841(a)(1),<br>(b)(1)(B)(viii): Distribution<br>of Methamphetamine] |

     The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 846; 841(a)(1),(b)(1)(B)(viii)]

A.     OBJECT OF THE CONSPIRACY

     Beginning in or about May 2006, and continuing until on or

about May 8, 2006, in Los Angeles County, within the Central

District of California, defendants RAFAEL ALEX FLETES, also known

as ("aka")"Gizmo" (FLETES), JAMES ANTHONY VILLALOBOS, aka "Husky"

1 (VILLALOBOS), HECTOR MANUEL SANCHEZ, aka "Stranger" (SANCHEZ),

2 and others known and unknown to the Grand Jury, conspired and

3 agreed with each other to knowingly and intentionally distribute

4 5 grams or more of a mixture or substance containing a detectable

5 amount of methamphetamine, a schedule II narcotic drug controlled

6 substance, in violation of Title 21, United States Code, Sections

7 841(a)(1), (b)(1)(B)(viii).

8 B.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE

9       ACCOMPLISHED

10      The object of the conspiracy was to be accomplished in

11 substance as follows:

12      1.    Defendant VILLALOBOS would identify prospective buyers

13 of methamphetamine.

14      2.    Defendant VILLALOBOS would negotiate the quantity and

15 price of the methamphetamine to be sold with the prospective

16 buyer.

17      3.    Defendant VILLALOBOS would contact defendant SANCHEZ to

18 arrange a time and location where the transaction would occur.

19      4.    Defendant SANCHEZ would advise defendant FLETES of the

20 negotiated terms of the proposed deal.

21      5.    As arranged by defendants VILLALOBOS and SANCHEZ,

22 defendant FLETES would meet with the prospective buyer and

23 provide the prospective buyer with methamphetamine.

24      6.    Defendant FLETES would collect payment for the

25 methamphetamine from the buyer.

26 C.    OVERT ACTS

27      In furtherance of the conspiracy and to accomplish the

28

2

1    object of the conspiracy, defendants FLETES, VILLALOBOS, SANCHEZ,

2    and others known and unknown to the Grand Jury, committed various

3    overt acts on or about the following dates within the Central

4    District of California, including, but not limited to, the

5    following:

6         1.    In or about May 2006, defendant VILLALOBOS advised a

7    confidential witness ("CW") of the Federal Bureau of

8    Investigation that defendant VILLALOBOS had a source who could

9    supply the CW with methamphetamine.

10        2.    In or about May 2006, defendant VILLALOBOS informed the

11    CW that his source would sell the CW two ounces of

12    methamphetamine for $1,400.

13        3.    On or about May 8, 2006, defendant VILLALOBOS

14    instructed the CW that the transaction would take place later

15    that day in Long Beach.

16        4.    On or about May 8, 2006, defendant VILLALOBOS brought

17    the CW to defendant SANCHEZ's Long Beach residence to conduct the

18    transaction.

19        5.    On or about May 8, 2006, defendant SANCHEZ called

20    defendant FLETES to provide defendant FLETES with directions to

21    defendant SANCHEZ's residence.

22        6.    On or about May 8, 2006, defendant FLETES met-up with

23    defendant SANCHEZ, defendant VILLALOBOS and the CW at defendant

24    SANCHEZ's residence to conduct the transaction.

25        7.    On or about May 8, 2006, defendant FLETES accepted

26    $1,400 payment from the CW.

27

28

8.   On or about May 8, 2006, defendant FLETES provided the CW with two ounces of methamphetamine.

9.   On or about May 8, 2006, defendant SANCHEZ weighed the two ounces of methamphetamine for the CW.

10.   On or about May 8, 2006, defendant VILLALOBOS collected a finder's fee for his role in initiating the methamphetamine transaction.

4

1

COUNT TWO

2

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

3

On or about May 8, 2006, in Los Angeles County, within the

4

Central District of California, defendants RAFAEL ALEX FLETES,

5

aka "Gizmo," JAMES VILLALOBOS, aka "Husky," and HECTOR MANUEL

6

SANCHEZ, aka "Stranger," knowingly and intentionally distributed

7

5 grams or more, namely, approximately 21.7 grams, of actual

8

methamphetamine, a schedule II narcotic drug controlled

9

substance.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT THREE

[21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)]

On or about June 28, 2006, in Los Angeles County, within the Central District of California, defendant RAFAEL ALEX FLETES, aka as "Gizmo," knowingly and intentionally distributed 5 or more grams, namely, approximately 18.4 grams, of actual methamphetamine, a schedule II narcotic drug controlled substance.

A TRUE BILL

___/S/_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
BRIAN R. MICHAEL
Assistant United States Attorneys
Violent & Organized Crime Section

6