FILED
NOV 1 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAFAEL ALEX FLETES, ) <br> ) <br> Defendant. ) <br> ) | Case No. 07MJ2649 <br><br> WAIVER OF HEARINGS UNDER FEDERAL RULES OF CRIMINAL PROCEDURE 5(c) AND 5.1(a) |

I, RAFAEL ALEX FLETES, understand that in the United States District Court for the Central District of California I am charged with conspiracy to distribute methamphetamine in violation of Title 21, United States Code, Section 846 and distribution of methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii) and that I have been arrested in the Southern District of California and taken before a United States Magistrate Judge in the United States District Court for the Southern District of California. The United States Magistrate Judge informed me of the charges and the following rights:

1. My right to retain counsel or request the appointment of counsel if I am unable to retain counsel;

2. My right to request a transfer of the proceedings to the United States District Court for the Southern District of California pursuant to Rule 20 of the Federal Rules of Criminal Procedure in order to plead guilty if the United States Attorney in Central District of California and the United States Attorney in the Southern District of California approve the transfer in writing;

3. Unless an indictment has been returned or an information filed against me under Rule 5.1(a)(2), (a)(3), or (a)(3) of the Federal Rules of Criminal Procedure, my right to a preliminary hearing as required by Rule 5.1(a)(1) or 58(b)(2)(G) of the Federal Rules of Criminal Procedure to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in

1 | the United States District Court for the Southern District of California, which is
2 | the district of my arrest, or the United States District Court for the Central District
3 | of California, which is the district of the prosecution; and
4 |    4.    My right to an identity hearing to determine if I am the same person named in the
5 | charging document.
6 | I HEREBY WAIVE (GIVE UP) MY RIGHT TO AN IDENTITY HEARING.

DATED: 11/19/07

_____
Rafael Alex Fletes
The defendant

_____
Thomas S. Sims, Esq.
Attorney for the defendant

07MJ2649