MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
MONDAY, NOVEMBER 19, 2007

HON. NITA L. STORMES   DEPUTY CLERK: G. PERRAULT   TAPE# NLS07-14:03 TO 14:05; 14:17 TO 14:21

07MJ2649-NLS   USA   VS   RAFAEL ALEX FLETES [1]

ATTY: THOMAS S. SIMS (CJA) [1]

AUSA: CHARLOTTE KAISER

**DETENTION/REMOVAL/ID HEARING**
================================================================

DETENTION HEARING NOT HELD.
DFT WAIVES DETENTION HEARING AND STIPULATES TO DETENTION.
COURT ORDERS DEFENDANT DETAINED WITHOUT PREJUDICE AND SIGNS THE SUBMITTED ORDER OF DETENTION.

DFT WAIVE IDENTITY HEARING AND ADMIT IDENTITIES.
DFT IS ORDERED REMOVED TO THE CENTRAL DISTRICT OF CALIFORNIA FORTHWITH.
WARRANTS OF REMOVAL SIGNED BY COURT AND ISSUED TO USM.